IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOSH HAYS                                                                                                  PLAINTIFFS
CALVIN OUTLAW

vs.                                                       Civil No. 10-cv-01020

RURAL COMMUNITY INSURANCE SERVICES and                             DEFENDANTS
FIREMAN'S FUND INSURANCE COMPANY

## JUDGMENT

Before the Court is the Report and Recommendation filed October 7, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 17). Judge Bryant recommends that Defendants' Motion to Compel Arbitration and Stay Proceedings (Doc.12) be **GRANTED**. The parties have not filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is ordered that the above-styled and numbered matter is administratively terminated without prejudice to the right of the parties to reopen the proceedings for good cause shown for entry of any stipulation or order, or for any other purpose required to obtain a final determination in the litigation. All motions previously referred to the Magistrate Judge should be returned to the District Court and administratively terminated.

**IT IS SO ORDERED**, this 26th day of October, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge